

ORRICK, HERRINGTON & SUTCLIFFE LLP
51 W 52ND STREET
NEW YORK, NEW YORK 10019-6142

tel +1-212-506-5000
fax +1-212-506-5151
WWW.ORRICK.COM

July 8, 2020

Richard Martinelli
(212) 506-3702
rmartinelli@orrick.com

*VIA ECF*

The Honorable Edgardo Ramos
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007
Courtroom 619

Re: Tradeshift, Inc. v. Smucker Services Company, Case No. 1:20-cv-3661

Dear Judge Ramos:

    We represent Plaintiff Tradeshift, Inc. in the above-referenced action. Pursuant to Section 1.E of Your Honor's Individual Practices, I write to request an extension from July 17, 2020 to August 7, 2020 of Plaintiff's time to answer or otherwise move in response to Defendant Smucker Services Company's Answer to Plaintiff's Complaint and Counterclaim. This is the first request for such an extension and is sought to allow additional time for preparation and exploration of a potential resolution. Defendant consents to the request. On June 5, 2020, Defendant filed an unopposed letter motion for a 21-day extension to answer or otherwise plead in response to Plaintiff's Complaint for similar reasons, which the Court granted.

Respectfully submitted,

*/s/ Richard Martinelli*

Richard Martinelli

cc via ECF:

    Ronie M. Schmelz, Esq. (ronie.schmelz@tuckerellis.com)
    Chelsea R. Mikula, Esq. (chelsea.mikula@tuckerellis.com)
    Amy Van K. Zant, Esq. (avanzant@orrick.com)
    Jason K. Yu, Esq. (jasonyu@orrick.com)