

October 23, 2020

**Orrick, Herrington & Sutcliffe LLP**
1000 Marsh Road
Menlo Park, CA 94025

+1 650 614 7400

**orrick.com**

*Via ECF*

Honorable Edgardo Ramos
United States District Court
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 619
New York, NY 10007

**Amy Van Zant**

**E** avanzant@orrick.com
**D** +1 650 614 7403

Re:     *Tradeshift, Inc. v. Smucker Services Company, Case No. 1:20-cv-3661-ER*

Dear Judge Ramos:

We represent plaintiff Tradeshift, Inc. in the above-captioned action. Pursuant to Section 2.D of the Court's Individual Practices, we write to request oral argument on Tradeshift, Inc.'s motion to dismiss defendant Smucker Services Company's counterclaims for fraudulent inducement, fraudulent misrepresentation, and negligent misrepresentation and to dismiss or strike its prayer for punitive damages.

We appreciate the Court's consideration of this request.

Respectfully submitted,

*/s/ Amy K. Van Zant*

Amy K. Van Zant

cc:   Ronie M. Schmelz ronie.schmelz@tuckerellis.com
Chelsea Mikula chelsea.Mikula@tuckerellis.com
Savannah Fox savannah.fox@tuckerellis.com
Richard F. Martinelli rmartinelli@orrick.com
Jason K. Yu jasonyu@orrick.com