

June 17, 2021

*Via ECF*

The Hon. Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 619
New York, NY 10007

**Orrick, Herrington & Sutcliffe LLP**
1000 Marsh Road
Menlo Park, CA 94025

+1 650 614 7400

**orrick.com**

**Jason K. Yu**

E  jasonyu@orrick.com
D  +1 650 614 7363
F  +1 650 614 7401

Re: ***Tradeshift, Inc. v. Smucker Services Company, Case No. 1:20-cv-3661-ER****: Leter Motion to Seal Exhibits D and E to Tradeshift's Premotion Letter Brief Re Premotion Letter Brief Re Hiles and Nowicki Depositions.*

Honorable Judge Edgardo Ramos:

Pursuant to Procedure 3(ii) of the Court's Individual Practices, Plaintiff Tradeshift, Inc. ("Tradeshift") respectfully requests leave to continue sealing of Exhibits D and E to Tradeshift's Premotion Letter Brief Re Premotion Letter Brief Re Hiles and Nowicki Depositions. Tradeshift is filing an under seal copy and a publicly redacted copy of that Letter Brief concurrently with this letter motion to seal.

Tradeshift seeks leave to file Exhibits D and E under seal pursuant to the protective order entered in this case on November 19, 2020. ECF 57. Pursuant to that order, Defendant Smucker designated the transcript from which Exhibit D is excerpted as Confidential and produced Exhibit E with a "Confidential" designation. Moreover the documents are submitted solely for purposes of resolving a discovery dispute.

Accordingly, Tradeshift requests that the Court continue to seal Exhibits D and E to Tradeshift's Premotion Letter Brief Re Hiles and Nowicki Depositions with only the public redacted version of the document being filed in the public docket.

Respectfully submitted,

*/s/ Jason K. Yu*

Jason K. Yu