```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #	_____
DATE FILED: 7/23/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRADESHIFT, INC.,

        Plaintiff,

  v.

SMUCKER SERVICES COMPANY,

        Defendant.

~~[PROPOSED]~~ REVISED CIVIL CASE DISCOVERY PLAN AND SCHEDULING ORDER

Case No. 1:20-cv-03661(ER)

    The dates in the May 26, 2021 Revised Civil Case Discovery Plan and Scheduling Order are hereby revised as follows:

| Event | Current Deadline | Revised Deadline |
|---|---|---|
| Opening expert reports | August 6, 2021 | October 5, 2021 |
| Rebuttal expert reports | September 10, 2021 | November 9, 2021 |
| Expert depositions | October 15, 2021 | December 14, 2021 |
| End of discovery | October 15, 2021 | December 14, 2021 |
| Case Management Conference | October 20, 2021 (11:30 am) | December 16, 2021, at 3:30 p.m. |

All other dates remain in effect.

**SO ORDERED.**

Dated: July 23, 2021

                                                          Edgardo Ramos, U.S. District Judge