USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/10/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

TRADESHIFT, INC.,

                              Plaintiff,                    **ORDER SCHEDULING PRE-SETTLEMENT TELEPHONE CONFERENCE**

              -against-

SMUCK SERVICES COMPANY,                                20-CV-3661 (MKV)

                            Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

This case has been referred to me for settlement purposes (docket no. 112). A telephone conference will be held on **Wednesday, February 2, 2022 at 3:00 p.m.** in advance of a settlement conference. The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call. Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267**.

       SO ORDERED.

Dated: January 10, 2022
       New York, New York

                                                                   _____
                                                                   KATHARINE H. PARKER
                                                                   United States Magistrate Judge