```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/02/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

TRADESHIFT, INC.,

                                      Plaintiff,

-against-

SMUCK SERVICES COMPANY,

                                      Defendant.

------------------------------------------------------------------X

**ORDER SCHEDULING**
**SETTLEMENT CONFERENCE**

**20-CV-3661 (MKV)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      A settlement conference in this matter utilizing the Zoom platform is scheduled for **Friday, February 25, 2022 at 12:00 p.m.** Counsel for the parties are directed to send a Zoom invitation to Judge Parker's chambers prior to the scheduled conference date. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than **February 18, 2022 by 5:00 p.m.**

      SO ORDERED.

Dated: February 2, 2022
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge